UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANICE HENNESSEY,<br><br>               Plaintiff,<br>    v.<br><br>AMERICREDIT FINANCIAL SERVICES INC., doing business as GM Financial, HOBLIT AUTOMOTIVE INC, doing business as Hoblit Chevrolet GMC as Hoblit Buick GMC,<br><br>               Defendants. | CASE NO. 3:24-cv-5145-DGE<br><br>MINUTE ORDER TERMINATING REFERRAL OF CASE FOR ALL PENDING MOTIONS |

The following Minute Order is made by the direction of the Court, United States Judge David G. Estudillo:

The referral of this case to Hon. Robert J. Bryan for all pending motions is terminated.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 26th day of June, 2024.

The foregoing Minute Order authorized by the Honorable David G. Estudillo, United States District Judge.