HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANICE HENNESSEY,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL, HOBLIT AUTOMOTIVE, INC. DBA HOBLIT CHEVROLET GMC AND HOBLIT BUICK GMC,<br><br>      Defendants. | NO. 3:24-CV-05145-DGE<br><br>**STIPULATED MOTION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR RELIEF**<br><br>**Noted for: September 26, 2024** |

## **STIPULATED MOTION**

COME NOW, the parties, by and through their counsel of record, and submit the following stipulated motion and proposed order to extend the time for defendants to file a Response to Plaintiff's Motion for Relief from Order and Judgment & Request for Indicative Ruling Under Rule 62.1(A) (Dkt. #54). The Motion is noted for October 4, 2024, making the current deadline for defendants to file a Response September 30, 2024. The parties stipulate and request the deadline be extended 14 days to October 15, 2024 (due to the Federal Court holiday on October 14, 2024). The grounds for this motion are as follows:

STIPULATED MOTION AND PROPOSED
ORDER TO EXTEND TIME TO RESPOND
TO MOTION FOR RELIEF (3:24-CV-05145-DGE) - 1

**BAKER STERCHI COWDEN & RICE, LLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1. Plaintiff's Motion for Relief from Order and Judgment & Request for Indicative Ruling Under Rule 62.1(A) (Dkt. #54) consists of 30 pages and is supported by 23 exhibits.

2. Plaintiff's motion contains new legal allegations based on allegedly newly-found evidence. Investigation of these new claims will require additional time and resources.

3. Additional time to respond to plaintiff's Motion would be beneficial to defendants and the Court, as it will allow defendants to fully investigate the claims and prepare a full and complete response to this new information and new claims.

For the reasons set forth above, defendants respectfully request that they be granted an extension until and including October 15, 2024 to file a Response to Plaintiff's Motion for Relief from Order and Judgment & Request for Indicative Ruling Under Rule 62.1(A). Plaintiff agrees to this request and courteously joined in this motion.

IT IS SO STIPULATED this 26th day of September, 2024.

BAKER STERCHI COWDEN & RICE, LLC

By: __s/ Robert L. Christie__
ROBERT L. CHRISTIE, WSBA #10895
MEGAN M. COLUCCIO, WSBA #44178
Attorneys for Hoblit Automotive
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Telephone: (206) 957-9669
Fax: (206) 352-7875
Email: bob.christie@bakersterchi.com
megan.coluccio@bakersterchi.com

CAIRNCROSS & HEMPELMANN

By __s/ Binah B. Yeung__
BINAH B. YEUNG, WSBA #44065
*Attorney for Defendant GM Financial*
524 2nd Ave, Ste. 500
Seattle, WA 98104-2323
Phone: 206-587-0700
Email: byeung@cairncross.com

I certify that this memorandum contains 248 words, in compliance with the Local Civil Rules.

*[Signatures continued on following page]*

By _____
JANICE HENNESSEY
Pro Se Plaintiff
855 Trosper Rd. SW #108-157
Tumwater, WA 98512
Phone: 415-676-8711
Email: janicehennessey2015@gmail.com

# **O R D E R**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for defendants to file a Response to Plaintiff's Motion for Relief from Order and Judgment & Request for Indicative Ruling Under Rule 62.1(A) is extended until and including October 15, 2024.

DATED this 26th Day of September 2024.

_____
David G. Estudillo
United States District Judge

Presented By:

BAKER STERCHI COWDEN & RICE, LLC

By:   *s/ Robert L. Christie*
ROBERT L. CHRISTIE, WSBA #10895
MEGAN M. COLUCCIO, WSBA #44178
Attorneys for Hoblit Automotive
2100 Westlake Avenue N., Suite 206
Seattle, WA  98109
Telephone:  (206) 957-9669
Fax:  (206) 352-7875
Email:  bob.christie@bakersterchi.com
megan.coluccio@bakersterchi.com

STIPULATED MOTION AND PROPOSED
ORDER TO EXTEND TIME TO RESPOND
TO MOTION FOR RELIEF (3:24-CV-05145-DGE) - 3

BAKER STERCHI COWDEN
& RICE, LLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

CAIRNCROSS & HEMPELMANN

By _____*s/ Binah B. Yeung*_____
   BINAH B. YEUNG, WSBA #44065
   *Attorney for Defendant GM Financial*
   524 2nd Ave, Ste. 500
   Seattle, WA 98104-2323
   Phone: 206-587-0700
   Email: byeung@cairncross.com


By _____
   JANICE HENNESSEY
   Pro Se Plaintiff
   855 Trosper Rd. SW #108-157
   Tumwater, WA 98512
   Phone: 415-676-8711
   Email: janicehennessey2015@gmail.com

STIPULATED MOTION AND PROPOSED
ORDER TO EXTEND TIME TO RESPOND
TO MOTION FOR RELIEF (3:24-CV-05145-DGE) - 4

**BAKER STERCHI COWDEN & RICE, LLC**
2100 W\ESTLAKE A\VENUE N., S\UITE 206
S\EATTLE, WA 98109
206-957-9669