HONORABLE DAVID. G. ESTUDILLO

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| JANICE HENNESSEY, | ) | Case No. 3:24-cv-05145-DGE |
| Plaintiff, | ) ) | **STIPULATED MOTION AND PROPOSED ORDER TO EXTEND TIME TO REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR RELIEF AND CONTINUE MOTION** |
| vs. | ) ) ) | |
| AMERICREDIT FINANCIAL SERVICES INC. DBA GM FINANCIAL, HOBLIT AUTOMOTIVE, INC. DBA HOBLIT CHEVROLET BUICK GMC, | ) ) ) ) | **NOTE ON MOTION CALENDAR:** **OCTOBER 15, 2024** |
| Defendants. | ) ) ) ) | |

### STIPULATED MOTION

COME NOW, the parties, by and through their counsel of record, and submit the following stipulated motion and proposed order to extend the time for Plaintiff to file a Reply to Defendants' Joint Response to Plaintiff's Motion for Relief from Order and Judgement & Request for Indicative Ruling Under Rule 62.1(A) (DKT. #54). This Motion is noted for October 21, 2024, making the current deadline for the Plaintiff to file a Reply by the same date of October 21, 2024. The parties stipulate and request the deadline to be extended 7 days to October 28, 2024. The grounds for this motion are as follows:

Due to unexpected health matters and not feeling well, Plaintiff requires an additional 7

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND TIME TO REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR RELIEF – NOTE ON MOTION CALENDAR – OCTOBER 15, 2024 -  1

Janice Hennessey, Pro Se Plaintiff
855 Trosper Road SW, #108-157
Tumwater, WA 98512
Tel. 415-676-8711
Email: janicehennessey2015@gmail.com

days to properly prepare her reply. The parties have conferred, and the Defendants have graciously agreed to the stipulated request for the extension. Plaintiff proposes to extend her deadline to October 28, 2024, with the motion being noted on the same date. Plaintiff also agrees to limit her reply brief to 2,100 words, pursuant to LCR 7(e)(4).

Pursuant to Local Civil Rule 7(j), the Court may, for good cause, extend the deadlines for filings. Plaintiff's request is based on medical/health issues, which have limited her ability to meet the original filing deadline. Defendants have agreed to the extension, contingent on Plaintiff's adherence to the word count limit contained in LCR 7(e)(4), and no party will be prejudiced by this short delay.

For the reasons set forth above, Plaintiff respectfully requests that the Court approve this stipulated motion and issue an order extending the deadline for Plaintiff's Reply to October 28, 2024, and noting the motion for the same date.

IT IS SO STIPULATED this 15th day of October, 2024.

By: _s/ Janice Hennessey_
JANICE HENNESSEY, Pro Se Litigant
Email: janicehennessey2015@gmail.com
855 Trosper Road SW, #108-157
Tumwater, WA 98512
Telephone: 415-676-8711

By: _s/ Megan M. Coluccio_
  MEGAN M. COLUCCIO, WSBA #44178
  ROBERT L. CHRISTIE, WSBA #44178
  *Attorneys for Hoblit Automotive, Inc.*
  2100 Westlake Avenue N. Suite 206
  Seattle, WA 98109
  Phone: 206-957-9669
  Fax: 206- 352-7875

By: _s/ Binah B. Yeung_
  BINAH B. YEUNG, WSBA #44065
  *Attorney for Defendant GM Financial*
  524 2nd Avenue, Ste. 500
  Seattle, WA 98104-2323
  Phone: 206-587-0700
  Email: byeung@cairncross.com

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND TIME TO REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR RELIEF – NOTE ON MOTION CALENDAR – OCTOBER 15, 2024 -  2

Janice Hennessey, Pro Se Plaintiff
855 Trosper Road SW, #108-157
Tumwater, WA 98512
Tel. 415-676-8711
Email: janicehennessey2015@gmail.com

Email: megan.coluccio@bakersterchi.com
Email: bob.christie@bakersterchi.com

I certify that this memorandum contains 289 words, in compliance with the Local Rules Civil Rules.

## ORDER

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for the Plaintiff to file a Reply to Defendants' Joint Response to Plaintiff's Motion for Relief from Order and Judgement & Request for Indicative Ruling Under Rule 62.1 (A) is extended until and including October 28, 2024.

DONE IN OPEN COURT this 16th day of October, 2024.

_____
HONORABLE DAVID G. ESTUDILLO
United States District Court Judge

Presented By:

By:  *s/ Janice Hennessey*
JANICE HENNESSEY, Pro Se Litigant
Email: janicehennessey2015@gmail.com
855 Trosper Road SW, #108-157
Tumwater, WA 98512
Telephone: 415-676-8711

By:  *s/ Megan M. Coluccio*

By:  *s/ Binah B. Yeung*
BINAH B. YEUNG, WSBA #44065
*Attorney for Defendant GM Financial*
524 2nd Avenue, Ste. 500
Seattle, WA 98104-2323
Phone: 206-587-0700
Email: byeung@cairncross.com

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND TIME TO REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR RELIEF – NOTE ON MOTION CALENDAR – OCTOBER 15, 2024 -  3

Janice Hennessey, Pro Se Plaintiff
855 Trosper Road SW, #108-157
Tumwater, WA 98512
Tel. 415-676-8711
Email: janicehennessey2015@gmail.com

MEGAN M. COLUCCIO, WSBA #44178
ROBERT L. CHRISTIE, WSBA #44178
*Attorneys for Hoblit Automotive, Inc.*
2100 Westlake Avenue N. Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Fax: 206- 352-7875
Email: megan.coluccio@bakersterchi.com
Email: bob.christie@bakersterchi.com

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND TIME TO REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR RELIEF – NOTE ON MOTION CALENDAR – OCTOBER 15, 2024 -  4

Janice Hennessey, Pro Se Plaintiff
855 Trosper Road SW, #108-157
Tumwater, WA 98512
Tel. 415-676-8711
Email: janicehennessey2015@gmail.com

# CERTIFICATE OF SERVICE

I, Janice Hennessey, hereby certify that I caused a copy of the foregoing to be served on the parties listed below, via the Court's CM/ECF System on October 15, 2024.

Binah Yeung  byeung@cairncross.com
Cairncross & Hempelmann, P.S.
524 Second Ave., Ste. 500
Seattle, WA 98104
main: 206-587-0700
fax: 206-587-2308

*Attorney for Defendant AmeriCredit Financial Services dba GM Financial*

Robert Christie bob.christie@bakersterchi.com
Megan Coluccio megan.coluccio@bakersterchi.com
Laura Pfeifer laura.pfeifer@bakersterchi.com
Baker Sterchi Cowden & Rice LLC
2100 Westlake Ave. N., Ste. 206
Seattle, WA 98109
main: 206-957-9669
fax: 206-352-7875

*Attorneys for Defendant Hoblit Automotive, Inc., d/b/a Hoblit Chevrolet Buick GMC*

Dated:  October 15, 2024

Janice Hennessey

_____

Janice Hennessey, Pro Se Appellant
Email: janicehennessey2015@gmail.com
855 Trosper Road SW, #108-157
Tumwater, WA 98512
Telephone: 415-676-8711

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND TIME TO REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR RELIEF – NOTE ON MOTION CALENDAR – OCTOBER 15, 2024 -  5

Janice Hennessey, Pro Se Plaintiff
855 Trosper Road SW, #108-157
Tumwater, WA 98512
Tel. 415-676-8711
Email: janicehennessey2015@gmail.com