HONORABLE DAVID. G. ESTUDILLO

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JANICE HENNESSEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMERICREDIT FINANCIAL SERVICES INC. DBA GM FINANCIAL, HOBLIT AUTOMOTIVE, INC. DBA HOBLIT CHEVROLET BUICK GMC,<br><br><br><br>　　　　Defendants. | Case No. 3:24-cv-05145-DGE<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR RELIEF AND CONTINUE MOTION**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**OCTOBER 22, 2024** |

**STIPULATED MOTION**

COME NOW, the parties, by and through their counsel of record, and submit the following stipulated motion and proposed order to extend the time for Plaintiff to file a Reply to Defendants' Joint Response to Plaintiff's Motion for Relief from Order and Judgement & Request for Indicative Ruling Under Rule 62.1(A) (DKT. #54). This Motion is noted for October 28, 2024, making the current deadline for the Plaintiff to file a Reply by the same date of October 28, 2024. The parties stipulate and request the deadline to be extended 14 days to November 11, 2024. The grounds for this motion are as follows:

Due to unexpected health matters and worsened illness/infection, Plaintiff requires an

STIPULATED MOTION AND ORDER TO EXTEND TIME TO REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR RELIEF – NOTE ON MOTION CALENDAR – OCTOBER 15, 2024 -  1

Janice Hennessey, Pro Se Plaintiff
855 Trosper Road SW, #108-157
Tumwater, WA 98512
Tel. 415-676-8711
Email: janicehennessey2015@gmail.com

additional 14 days to recover from her worsened medical condition and properly prepare her reply. The parties have conferred, Plaintiff provided a medical record, and the Defendants have graciously agreed to the stipulated request for the extension. Plaintiff proposes to extend her deadline to November 11, 2024, with the motion being noted on the same date. Plaintiff also agrees to limit her reply brief to 2,100 words, pursuant to LCR 7(e)(4).

Pursuant to Local Civil Rule 7(j), the Court may, for good cause, extend the deadlines for filings. Plaintiff's request is based on medical/health issues, which have limited her ability to meet the original filing deadline. Defendants have agreed to the extension, and no party will be prejudiced by this short delay.

For the reasons set forth above, Plaintiff respectfully requests that the Court approve this stipulated motion and issue an order extending the deadline for Plaintiff's Reply to November 11, 2024, and noting the motion for the same date.

IT IS SO STIPULATED this 22nd day of October, 2024.

By:  *s/ Janice Hennnessey*
JANICE HENNESSEY, Pro Se Litigant
Email: janicehennessey2015@gmail.com
855 Trosper Road SW, #108-157
Tumwater, WA 98512
Telephone: 415-676-8711

By:  *s/ Megan M. Coluccio*
   MEGAN M. COLUCCIO, WSBA #44178
   ROBERT L. CHRISTIE, WSBA #44178
   *Attorneys for Hoblit Automotive, Inc.*
   2100 Westlake Avenue N. Suite 206
   Seattle, WA 98109
   Phone: 206-957-9669
   Fax: 206- 352-7875

By:  *s/ Binah B.Yeung*
   BINAH B. YEUNG, WSBA #44065
   *Attorney for Defendant GM Financial*
   524 2nd Avenue, Ste. 500
   Seattle, WA 98104-2323
   Phone: 206-587-0700
   Email: byeung@cairncross.com

STIPULATED MOTION AND ORDER TO EXTEND TIME TO REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR RELIEF – NOTE ON MOTION CALENDAR – OCTOBER 15, 2024 -  2

Janice Hennessey, Pro Se Plaintiff
855 Trosper Road SW, #108-157
Tumwater, WA 98512
Tel. 415-676-8711
Email: janicehennessey2015@gmail.com

Email: megan.coluccio@bakersterchi.com
Email: bob.christie@bakersterchi.com

I certify that this memorandum contains 287 words, in compliance with the Local Rules Civil Rules.

## ORDER

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for the Plaintiff to file a Reply to Defendants' Joint Response to Plaintiff's Motion for Relief from Order and Judgement & Request for Indicative Ruling Under Rule 62.1 (A) is extended until and including November 11, 2024.

DONE IN OPEN COURT this 23rd day of October 2024.

_____
HONORABLE DAVID G. ESTUDILLO
United States District Court Judge

Presented By:

By:  _s/ Janice Hennnessey_
JANICE HENNESSEY, Pro Se Litigant
Email: janicehennessey2015@gmail.com
855 Trosper Road SW, #108-157
Tumwater, WA 98512
Telephone: 415-676-8711

By:  _s/ Megan M. Coluccio_
MEGAN M. COLUCCIO, WSBA #44178

By:  _s/ Binah B.Yeung_
BINAH B. YEUNG, WSBA #44065
*Attorney for Defendant GM Financial*
524 2nd Avenue, Ste. 500
Seattle, WA 98104-2323
Phone: 206-587-0700
Email: byeung@cairncross.com

Janice Hennessey, Pro Se Plaintiff
855 Trosper Road SW, #108-157
Tumwater, WA 98512
Tel. 415-676-8711
Email: janicehennessey2015@gmail.com

STIPULATED MOTION AND ORDER TO EXTEND TIME TO REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR RELIEF – NOTE ON MOTION CALENDAR – OCTOBER 15, 2024 -  3

| | |
|---|---|
| 1 | ROBERT L. CHRISTIE, WSBA #44178 |
| 2 | *Attorneys for Hoblit Automotive, Inc.* |
| | 2100 Westlake Avenue N. Suite 206 |
| 3 | Seattle, WA 98109 |
| | Phone: 206-957-9669 |
| 4 | Fax: 206- 352-7875 |
| 5 | Email: megan.coluccio@bakersterchi.com |
| | Email: bob.christie@bakersterchi.com |

| | |
|---|---|
| STIPULATED MOTION AND ORDER TO EXTEND TIME TO REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR RELIEF – NOTE ON MOTION CALENDAR – OCTOBER 15, 2024 -  4 | Janice Hennessey, Pro Se Plaintiff<br>855 Trosper Road SW, #108-157<br>Tumwater, WA 98512<br>Tel. 415-676-8711<br>Email: janicehennessey2015@gmail.com |

# CERTIFICATE OF SERVICE

I, Janice Hennessey, hereby certify that I caused a copy of the foregoing to be served on the parties listed below, via the Court's CM/ECF System on October 22, 2024.

Binah Yeung  byeung@cairncross.com
Cairncross & Hempelmann, P.S.
524 Second Ave., Ste. 500
Seattle, WA 98104
main: 206-587-0700
fax: 206-587-2308

*Attorney for Defendant AmeriCredit Financial Services dba GM Financial*

Robert Christie bob.christie@bakersterchi.com
Megan Coluccio megan.coluccio@bakersterchi.com
Laura Pfeifer laura.pfeifer@bakersterchi.com
Baker Sterchi Cowden & Rice LLC
2100 Westlake Ave. N., Ste. 206
Seattle, WA 98109
main: 206-957-9669
fax: 206-352-7875

*Attorneys for Defendant Hoblit Automotive, Inc., d/b/a Hoblit Chevrolet Buick GMC*

Dated:  October 22, 2024

Janice Hennessey

By:   *s/ Janice Hennnessey*
JANICE HENNESSEY, Pro Se Litigant
Email: janicehennessey2015@gmail.com
855 Trosper Road SW, #108-157
Tumwater, WA 98512
Telephone: 415-676-8711

STIPULATED MOTION AND ORDER TO EXTEND TIME TO REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR RELIEF – NOTE ON MOTION CALENDAR – OCTOBER 15, 2024 -  5

Janice Hennessey, Pro Se Plaintiff
855 Trosper Road SW, #108-157
Tumwater, WA 98512
Tel. 415-676-8711
Email: janicehennessey2015@gmail.com