UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JANICE HENNESSEY,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>AMERICREDIT FINANCIAL SERVICES INC et al.,<br><br>　　　　　　　Defendant. | CASE NO. 3:24-cv-05145-DGE<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

　　　　The Court's Order (Dkt. No. 79) granting Plaintiff's Motion for Extension of Time to File a Notice of Appeal (Dkt. No. 78) encompasses an appeal of all the motions that were denied in the Court's Order Denying Relief from Judgment (Dkt. No. 75), including docket numbers 54, 58, 66, and 69.  Plaintiff's successive Motion for Extension of Time (Dkt. No. 80) is stricken as duplicative.  Plaintiff's deadline to file a Notice of Appeal remains January 15, 2025.

　　　　Dated this 6th day of January 2025.

MINUTE ORDER - 1

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2